**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PARADISE MORGAN, Individually and as the
representative of a class of similarly situated persons,

                Case No.  1:24-cv-6453-KPF

         Plaintiff,

- against -

PACIFIC PLATE SPIRITS INC. d/b/a Selvarey,

         Defendant.
-------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Paradise Morgan, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, without prejudice, and without costs or attorneys' fees, of the above-referenced matter against Pacific Plate Spirits Inc.

Dated: Scarsdale, New York
       July 18, 2025

                                  SHAKED LAW GOUP, P.C.
                                  Attorneys for Plaintiff

                                  By: _____
                                  Dan Shaked, Esq.
                                  14 Harwood Court, Suite 415
                                  Scarsdale, NY 10583
                                  Tel. (917) 373-9128
                                  e-mail: ShakedLawGroup@Gmail.com