**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PARADISE MORGAN, Individually and as the representative of a class of similarly situated persons,

                       Plaintiff,

- against -

PACIFIC PLATE SPIRITS INC. d/b/a Selvarey,

                       Defendant.
-----------------------------------------------------------X



Case No.  1:24-cv-6453-KPF

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Paradise Morgan, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, without prejudice, and without costs or attorneys' fees, of the above-referenced matter against Pacific Plate Spirits Inc.

Dated: Scarsdale, New York
       July 18, 2025

                                    SHAKED LAW GOUP, P.C.
                                    Attorneys for Plaintiff

                                    By: _____
                                    Dan Shaked, Esq.
                                    14 Harwood Court, Suite 415
                                    Scarsdale, NY 10583
                                    Tel. (917) 373-9128
                                    e-mail: ShakedLawGroup@Gmail.com

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Dated:     July 22, 2025                SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE